UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:25-cr-439-VMC-NHA | **DATE:** June 8, 2026 |
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | **COURTROOM:** 14B |
| **UNITED STATES OF AMERICA**<br><br>**v.** | **GOVERNMENT'S COUNSEL**<br>Muriel Moore<br>Courtney Derry |
| **JOHN ANDRE MORRISON**<br>**MARQUIS KARON MORRISON** | **DEFENSE COUNSEL**<br>William Sansone<br>David Little |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 9:07 a.m.–11:07 a.m.<br>   11:13 a.m.–12:25 p.m.<br>   1:04 p.m.–3:15 p.m.<br>   3:27 p.m.–4:36 p.m. | **TOTAL:** 6 hours, 32 minutes |

## PROCEEDINGS: JURY SELECTION AND TRIAL (DAY ONE)

- Pretrial matters and logistics discussed

- Voir dire

- Twelve jurors and one alternate selected

- Jury sworn

- Preliminary jury instructions

- The United States' opening statement

- John Andre Morrison's opening statement

- Marquis Karon Morrison's opening statement

- The United States calls Kevin McCready for direct examination.

- John Andre Morrison's cross examination of Kevin McCready

- Marquis Karon Morrison's cross examination of Kevin McCready

- United States' redirect examination of Kevin McCready

- The United States calls Peter Droberg for direct examination.

- John Andre Morrison's cross examination of Peter Droberg

- The United States calls Jody Farmer for direct examination.

- John Andre Morrison's cross examination of Jody Farmer

- The United States calls Rebecca Metsky for direct examination.

- For reasons stated on the record, the defendants' Joint Motion to Reconsider the Court's Order Denying Defendants' Motion to Suppress is DENIED.

- Jury trial will resume on Tuesday, June 9, 2026, at 9:00 a.m.