# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:25-cr-439-VMC-NHA | **DATE:** June 9, 2026 |
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | **COURTROOM:** 14B |
| **UNITED STATES OF AMERICA** <br><br> **v.** | **GOVERNMENT'S COUNSEL** <br> Muriel Moore <br> Courtney Derry |
| **JOHN ANDRE MORRISON** <br> **MARQUIS KARON MORRISON** | **DEFENSE COUNSEL** <br> William Sansone <br> David Little |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 9:17 a.m.–10:36 a.m. <br><br> 10:47 a.m.–12:21 p.m. <br><br> 1:19 p.m.–2:39 p.m. <br><br> 3:00 p.m.–3:02 p.m. | **TOTAL:** 4 hours, 18 minutes |

## PROCEEDINGS: JURY TRIAL (DAY TWO)

- The United States calls Michael Rodriguez for direct examination.

- John Andre Morrison's cross examination of Michael Rodriguez

- Marquis Karon Morrison's cross examination of Michael Rodriguez

- The United States' redirect examination of Michael Rodriguez

- The United States calls Thomas Donnelly for direct examination.

- Marquis Karon Morrison's cross examination of Thomas Donnelly

- The United States' redirect examination of Thomas Donnelly

- Marquis Karon Morrison's re-cross examination of Thomas Donnelly

- The United States calls Matthew Ewing for direct examination.

- John Andre Morrison's cross examination of Matthew Ewing

- The United States calls Shawn McAnally for direct examination.

- Marquis Karon Morrison's cross examination of Shawn McAnally

- The United States calls Jakob Gay for direct examination.

- John Andre Morrison's cross examination of Jakob Gay

- Marquis Karon Morrison's cross examination of Jakob Gay

- The United States' redirect examination of Jakob Gay

- John Andre Morrison's re-cross examination of Jakob Gay

- The United States calls Shea Mawhinney for direct examination.

- John Andre Morrison's cross examination of Shea Mawhinney

- Marquis Karon Morrison's cross examination of Shea Mawhinney

- The United States calls Juan Alvarez for direct examination.

- John Andre Morrison's cross examination of Juan Alvarez

- The United States' redirect examination of Juan Alvarez

- John Andre Morrison's re-cross examination of Juan Alvarez

- Marquis Karon Morrison's cross examination of Juan Alvarez

- The United States calls William Tidwell for direct examination.

- Outside the presence of the jury, the court and parties discuss an objection to identified exhibits. Recess taken for parties to confer.

- Jury trial will resume on Wednesday, June 10, 2026, at 1:00 p.m.