# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:25-cr-439-VMC-NHA | **DATE:** June 10, 2026 |
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | **COURTROOM:** 14B |
| **UNITED STATES OF AMERICA**<br><br>**v.** | **GOVERNMENT'S COUNSEL**<br>Muriel Moore<br>Courtney Derry |
| **JOHN ANDRE MORRISON**<br>**MARQUIS KARON MORRISON** | **DEFENSE COUNSEL**<br>William Sansone<br>David Little |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 1:03 p.m.–3:07 p.m.<br><br>    3:26 p.m.–4:56 p.m. | **TOTAL:** 3 hours, 34 minutes |

## PROCEEDINGS: JURY TRIAL (DAY THREE)

- Outside the presence of the jury, the defendants' objections to exhibits are resolved.

- United States' direct examination (continuation) of William Tidwell

- John Andre Morrison's cross examination of William Tidwell

- Marquis Karon Morrison's cross examination of William Tidwell

- The United States calls Najaie Slater for direct examination.

- John Andre Morrison's cross examination of Najaie Slater

- Marquis Karon Morrison's cross examination of Najaie Slater

- United States' redirect examination of Najaie Slater

- John Andre Morrison's re-cross examination of Najaie Slater

- The United States calls Melissa Montoya for direct examination.

- John Andre Morrison's cross examination of Melissa Montoya

- Trial logistics are discussed.

- Jury trial will resume on Thursday, June 11, 2026, at 11:00 a.m.