UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-439-VMC-NHA

JOHN ANDRE MORRISON
MARQUIS KARON MORRISON

**VERDICT**

**Count One of the Indictment**

1. As to the offense of Drug Trafficking Conspiracy, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C) and (D), we, the Jury, find the defendant, JOHN ANDRE MORRISON:

GUILTY ✓ NOT GUILTY ________

If you find JOHN ANDRE MORRISON guilty as charged in Count One, you must consider paragraph 2, below. If you find JOHN ANDRE MORRISON not guilty as charged in Count One, you need not consider paragraph 2.

2. We, the Jury, having found the defendant, JOHN ANDRE MORRISON, guilty as charged in Count One, further find with respect to Count One that he conspired to distribute or possess with intent to distribute (check all that apply):

Oxycodone ✓

Marijuana ✓

3. As to the offense of Drug Trafficking Conspiracy, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C) and (D), we, the Jury, find the defendant, MARQUIS KARON MORRISON:

GUILTY ✓ NOT GUILTY ________

If you find MARQUIS KARON MORRISON guilty as charged in Count One, you must consider paragraph 4, below. If you find MARQUIS KARON MORRISON not guilty as charged in Count One, you need not consider paragraph 4.

4. We, the Jury, having found the defendant, MARQUIS KARON MORRISON, guilty as charged in Count One, further find with respect to Count One that he conspired to distribute or possess with intent to distribute (check all that apply):

Oxycodone ✓

Marijuana ✓

**Count Two of the Indictment**

As to the offense of Possession of a Firearm in furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), occurring on or about February 11, 2024, we, the Jury, find the defendant, JOHN ANDRE MORRISON:

GUILTY ✓ NOT GUILTY ________

We, the Jury, find the defendant, MARQUIS KARON MORRISON:

GUILTY ✓______ NOT GUILTY ________

**Count Three of the Indictment**

As to the offense of Possession of a Firearm in furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), occurring on or about June 18, 2025, we, the Jury, find the defendant, JOHN ANDRE MORRISON:

GUILTY ✓______ NOT GUILTY ________

We, the Jury, find the defendant, MARQUIS KARON MORRISON:

GUILTY ✓______ NOT GUILTY ________

**Count Four of the Indictment**

As to the offense of Possession of a Firearm or Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), occurring on or about February 11, 2024, we, the Jury, find the defendant, JOHN ANDRE MORRISON:

GUILTY ✓______ NOT GUILTY ________

**Count Five of the Indictment**

As to the offense of Possession of a Firearm or Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), occurring on or about June 18, 2025, we, the Jury, find the defendant, JOHN ANDRE MORRISON:

GUILTY ✓______ NOT GUILTY ________

SO SAY WE ALL, this 17th day of September, 2026.

[redacted]

FOREPERSON